1 **KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
2 Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
3 Ron K. Losch, Esq. (98170)
1801 Century Park East, Suite 1500
4 Los Angeles, California  90067
Telephone: (310) 551-6555
5 Facsimile: (310) 277-1220
brose@kayerose.com
6 fbrucculeri@kayerose.com
dberberich@kayerose.com
7
Attorneys for Plaintiff
8 KTB OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KTB OIL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>M/V CIELO DI TOKYO,<br><br>Defendant. | Case No.: 12-cv-1834-MCE-KJN<br><br>IN ADMIRALTY<br><br>**<u>EX PARTE</u> ORDER (1) AUTHORIZING ISSUANCE OF WARRANT OF ARREST OF VESSEL; (2) DIRECTING MANNER OF NOTICE OF SUIT; AND (3) APPOINTING SUBSTITUTE CUSTODIAN** |
|---|---|

Upon reading the Verified Complaint of KTB OIL CORPORATION, herein for issuance of a warrant for arrest of the vessel M/V CIELO DI TOKYO, the Request for Review In Accordance With Rule C of the *Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture*, *Federal Rules of Civil Procedure* and *Local Admiralty* ("*Supplemental Admiralty Rules*"), and the court finding that the conditions for the action <u>in rem</u> under *Supplemental Admiralty Rule* C appear to exist:

NOW, THEREFORE, it is this 12th day of July 2012:

ORDERED that the clerk is authorized to issue an Order and Warrant For Arrest <u>In Rem</u> as prayed for in the Verified Complaint; and it is further

ORDERED that any person claiming any interest in the property arrested

Kaye, Rose & Partners LLP

1  pursuant to said Order shall, upon application to the Court, be entitled to prompt
2  hearing pursuant to Rule E(4)(f) of the Supplemental Admiralty Rules upon
3  written notice to plaintiff, by and through their attorneys of record, at which time
4  plaintiff shall be required to show why the arrest should not be vacated or other
5  relief granted; and it is further

6      ORDERED that if the property arrested is not released within fourteen
7  (14) days after execution of process, the plaintiff shall promptly cause public
8  notice of the action and arrest to be given by publishing the Notice of Action *In*
9  *Rem* and Arrest attached hereto and found on the court's docket as Document 8-
10 2, once in the Sacramento Daily Recorder, a newspaper of general circulation in
11 the district; and it is further

12     ORDERED that pursuant to Local Rule 550(a) and (c), National Maritime
13 Services, Inc., is appointed as the Substitute Custodian in place of the United
14 States Marshal for the period of the pendency of *custodia legis* of the Vessel; and
15 it is further

16     ORDERED that a copy of this Order be attached to and served with the
17 Order and Warrant for Arrest.

18 **IT IS SO ORDERED.**
19 **Date:  7/12/2012**

20                                           _/s/ Kendall J. Newman_
21                                           KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE