1 | **KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
Ron K. Losch, Esq. (98170)
1801 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
brose@kayerose.com
fbrucculeri@kayerose.com
dberberich@kayerose.com

Attorneys for Plaintiff
KTB OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KTB OIL CORPORATION, | Case No.: 12-cv-1834-MCE-KJN |
|---|---|
| Plaintiff, | IN ADMIRALTY |
| v. | |
| M/V CIELO DI TOKYO, | [~~PROPOSED~~] **ORDER TO RELEASE VESSEL M/V CIELO DI TOKYO IN THE CUSTODY OF THE U.S. MARSHAL OR SUBSTITUTE CUSTODIAN FROM ATTACHMENT, AND REGARDING THE HOLDING OF SECURITY** |
| Defendant. | |

THE COURT HAVING REVIEWED THE PLAINTIFF'S CONSENT TO RELEASE PROPERTY FROM ATTACHMENT;

NOW THEREFORE IT IS HEREBY ORDERED:

1. THE ARREST OF THE VESSEL M/V CIELO DI TOKYO IS HEREBY AND IMMEDIATELY VACATED;

2. THE ARREST ORDER, THE ATTACHMENT ORDER, THE CUSTODIAN ORDER, AND THE MARSHAL ORDER (THE "ORDERS") ARE HEREBY IMMEDIATELY VACATED;

3. THE SUBSTITUTE CUSTODIAN, THE UNITED STATES MARSHAL, AND THE UNITED STATES ARE RELIEVED FROM ANY AND ALL RESPONSIBILITIES CONFERRED BY THE ORDERS WITH RESPECT TO THE M/V CIELO DI TOKYO; AND

4. THE SECURITY IN THE FORM OF CASH FUNDS IN ESCROW IN THE AMOUNT OF US$215,000 SHALL BE HELD PURSUANT TO THE ESCROW AGREEMENT ENTERED INTO BY PLAINTIFF AND SK SHIPPING CO., LTD. AND DATED JULY 13, 2012, AN EXECUTED COPY OF WHICH CAN BE FOUND ON THE COURT'S DOCKET AT DOCUMENT 11-1.[1]

IT IS SO ORDERED.

**Date:  7/13/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN:nkd

---

[1] See Rule E(5)(a) of the Suppl. Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

[PROPOSED] ORDER TO RELEASE VESSEL M/V CIELO DI TOKYO IN THE
CUSTODY OF THE U.S. MARSHAL OR SUBSTITUTE CUSTODIAN FROM

Kaye, Rose & Partners LLP