IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KTB OIL CORPORATION,

        Plaintiff,                    No. 2:12-cv-01834 MCE KJN

    v.

M/V CIELO DI TOKYO,

        Defendant.              <u>ORDER</u>

_____/

        Presently before the court is a stipulation to extend the time for interested party SK Shipping Co., Ltd. to respond to the complaint in light of the parties' attempts to resolve this case (Dkt. No. 13).[1]  For good cause shown, IT IS HEREBY ORDERED that the parties' stipulation is approved, and SK Shipping Co., Ltd. shall have until September 7, 2012, to respond to the complaint.

        IT IS SO ORDERED.

DATED:  August 24, 2012

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned did not receive a Word or Word Perfect version of the proposed order, as required by Local Rule 137.

1