1   JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
2   JENNIFER M. PORTER, CASB No. 261508
    jennifer.porter@kyl.com
3   KEESAL, YOUNG & LOGAN
    A Professional Corporation
4   450 Pacific Avenue
    San Francisco, California  94133
5   Telephone:   (415) 398-6000
    Facsimile:   (415) 981-0136
6
    Attorneys for Specially Appearing Party
7   SK SHIPPING CO., LTD.

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  KTB OIL CORPORATION,                 ) Case No. 12-cv-1834-MCE-KJN
                                         )
12                         Plaintiff,    ) **STIPULATION FOR EXTENSION OF**
                                         ) **TIME TO FILE A RESPONSE TO THE**
13          vs.                          ) **COMPLAINT; ORDER**
                                         )
14  M/V CIELO DI TOKYO,                  )
                                         )
15                         Defendant.    )
                                         )
16  _____    )

17          IT IS HEREBY STIPULATED AND REQUESTED BY THE PARTIES that

18  Specially-Appearing Party, SK SHIPPING CO., LTD. ("SK Shipping") be granted a

19  thirty (30) day extension by which to respond to the Complaint filed by Plaintiff KTB

20  OIL CORPORATION ("Plaintiff") on the following grounds:

21          1.      On July 11, 2012 , Plaintiff commenced this immediate Action

22  claiming damages in the amount of US$158,766.16 and seeking a warrant for arrest of

23  SK Shipping's vessel, *M/V CIELO DI TOKYO* ("Vessel") in the Eastern District of

24  California;

25          2.      On July 12, 2012, the Vessel was arrested pursuant to the Court's

26  warrant for arrest while at the Port of Stockton, California.

27  ///

28  ///

                                          - 1 -                    KYL_SF569584
    STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT;
    ORDER - Case No. 12-cv-1834-MCE-KJN

1    3.    On July 13, 2012, the parties entered an Escrow Agreement by which

2    SK Shipping deposited US$215,000.00 in the Court's Registry, allowing for the

3    immediate release of the Vessel.

4    4.    The parties are currently engaging in informal discovery in an effort

5    to resolve this matter without the aid of the Court.  The Plaintiff has requested certain

6    documentation, which will be necessary to achieve a commercial resolution of this

7    matter, from the physical supplier of the fuel oil in New Jersey.  Upon receipt of those

8    documents, the parties will continue to negotiate settlement.

9    5.    SK Shipping, however, is required to respond to the Complaint by

10   September 7, 2012.

11   6.    Whereas, good cause exists to extend SK Shipping's time to respond

12   to the Complaint as the parties are actively negotiating a resolution of this lawsuit.

13   Such an extension would allow the parties further time to locate and exchange essential

14   evidence regarding the bunker fuel and allow the parties to continue settlement

15   negotiations rather than engage in lengthy and expensive motion practice by which SK

16   Shipping intends to challenge the propriety of the arrest of the Vessel and counterclaim

17   against KTB for damages arising from the delivery of off-spec bunkers to the ship.

18   Accordingly, the parties agree that the interests of judicial economy would be served by

19   extending SK Shipping's time to respond to Plaintiff's Complaint by thirty (30) days.

20   Based on the foregoing, the parties have agreed to and request a Court

21   Order for an extension to **October 5, 2012** by which SK Shipping must respond to the

22   Complaint.

23

24   DATED:  September 6, 2012

25
/s/ Jennifer M. Porter
JOHN D. GIFFIN
JENNIFER M. PORTER
26   KEESAL, YOUNG & LOGAN
Attorneys For Specially Appearing Party
27   SK Shipping Co., Ltd.

28

- 2 -                                    KYL_SF569584

STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT;
ORDER - Case No. 12-cv-1834-MCE-KJN

1   DATED:  September 6, 2012          / s/ Daniel Berberich
                                       BRADLEY M. ROSE
2                                      DANIEL BERBERICH
                                       KAYE ROSE & PARTNERS, LLP
3                                      For itself and on behalf of
                                       KTB OIL CORPORATION
4

5

6                                      **ORDER**

7   IT IS SO ORDERED.

8

9   Dated:  September 10, 2012

10

11                                     MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       - 3 -                    KYL_SF569584
    STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT;
    ORDER - Case No. 12-cv-1834-MCE-KJN