JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Specially Appearing Party
SK SHIPPING CO., LTD.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KTB OIL CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>M/V CIELO DI TOKYO,<br><br>　　　　　　　　　Defendant. | Case No. 12-cv-1834-MCE-KJN<br><br>IN ADMIRALTY<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS; ORDER |

IT IS HEREBY STIPULATED AND REQUESTED BY THE PARTIES, Specially-Appearing Party, SK SHIPPING CO., LTD. ("SK Shipping"), on behalf of *in rem* Defendant *M/V CIELO DI TOKYO* and Plaintiff KTB OIL CORPORATION ("Plaintiff"), that the hearing on Defendant's Motion to Dismiss Verified Complaint and to Vacate Maritime Arrest ("Motion to Dismiss"), which is presently set for December 13, 2012 be continued to the Court's next presently available hearing date of January 24, 2013, on the following grounds:

　　　　　1.　　On October 5, 2012, SK Shipping filed its Motion to Dismiss and requested that the issue be heard by this Court on November 15, 2012;

　　　　　2.　　On November 7, 2012, Plaintiff sought an *ex parte* continuance of the hearing date and requested that the hearing on the Motion to Dismiss be rescheduled for

1  November 29, 2012;

2      3.   On November 14, 2012, the Court, by its own motion, continued the
3  hearing on the Motion to Dismiss to December 13, 2012;

4      4.   As both parties are unable to attend the December 13, 2012 hearing
5  date, counsel for SK Shipping contacted the Court and confirmed that the Court is
6  available to hear the Motion to Dismiss on January 24, 2013;

7      5.   Whereas, good cause exists to continue the hearing date and the
8  parties have mutually agreed to this Court's continuance of the hearing on the Motion to
9  Dismiss to January 24, 2013.

10     Based on the foregoing, the parties have agreed to and request a Court
11 Order for a continuance of the hearing on the Motion to Dismiss to **January 24, 2013**.

DATED:  December 19, 2012          /s/ Jennifer M. Porter
                                   JOHN D. GIFFIN
                                   JENNIFER M. PORTER
                                   KEESAL, YOUNG & LOGAN
                                   **Attorneys For Specially Appearing Party**
                                   **SK Shipping Co., Ltd.**


DATED:  December 19, 2012          /s/ Frank C. Brucculeri
                                   BRADLEY M. ROSE
                                   FRANK C. BRUCCULERI
                                   DANIEL BERBERICH
                                   KAYE ROSE & PARTNERS, LLP
                                   For itself and on behalf of
                                   KTB OIL CORPORATION

## ORDER

Accordingly, the Request for Telephonic Appearance is denied as moot.  IT IS SO
ORDERED.

DATED:  12/10/2012                 _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE