**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
1801 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
brose@kayerose.com
fbrucculeri@kayerose.com
dberberich@kayerose.com

Attorneys for Plaintiff
KTB Oil Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KTB Oil Corporation,<br><br>Plaintiff,<br><br>v.<br><br>M/V CIELO DI TOKYO; SK SHIPPING CO., LTD.; and ST PAUL MARITIME CORP,<br><br>Defendants. | Case No.: 2:12-CV-01834-MCE-AC<br><br>**IN ADMIRALTY**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. #53)**<br><br>**[L.R. 144(a)]** |

The parties, by and through their attorneys of record herein, respectfully stipulate and agree to extend the time for Specially Appearing Defendant SK SHIPPING CO., LTD. (hereinafter "Defendant") to respond to Plaintiff KTB OIL CORPORATION's First Amended Complaint (Dkt. #53) up to and including March 7, 2014.  This stipulation shall in no way be construed as an "appearance" by Defendant in this action, and Defendant reserves its right to raise any and all defenses to the First Amended Complaint, including but not limited to the right to challenge the propriety of service of process and/or

personal jurisdiction.

Dated: February 24, 2014    **KAYE, ROSE & PARTNERS, LLP**

By: */s/ Daniel F. Berberich*
    Bradley M. Rose
    Frank C. Brucculeri
    Daniel F. Berberich
    Attorneys for Plaintiff
    KTB OIL CORPORATIOIN

Dated: February 24, 2014    **KEESAL, YOUNG & LOGAN**

By: */s/ John D. Giffin*
    John D. Giffin
    Jennifer M. Porter
    Attorneys for Specially Appearing Defendant
    SK SHIPPING CO.. LTD.

**IT IS SO ORDERED.**

**Dated:  February 26, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT