**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
1801 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
brose@kayerose.com
fbrucculeri@kayerose.com
dberberich@kayerose.com

Attorneys for Plaintiff
KTB Oil Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KTB Oil Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>M/V CIELO DI TOKYO; SK SHIPPING CO., LTD.; and ST PAUL MARITIME CORP,<br><br>        Defendants. | **Case No.: 2:12-CV-01834-MCE-AC**<br><br>**IN ADMIRALTY**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF No. 53)**<br><br>**[L.R. 144(a)]** |

The parties, by and through their attorneys of record herein, respectfully

stipulate and agree to extend the time for defendant ST PAUL MARITIME

CORP (hereinafter "Defendant") to respond to Plaintiff KTB OIL

CORPORATION's First Amended Complaint (Dkt. #53) up to and including

March 21, 2014.  This stipulation shall in no way be construed as an

"appearance" by Defendant in this action, and Defendant reserves its right to

raise any and all defenses to the First Amended Complaint, including but not

limited to the right to challenge the propriety of service of process and/or

1

personal jurisdiction.

Dated: February 25, 2014                    **KAYE, ROSE & PARTNERS, LLP**

                                            By: _/s/ Daniel F. Berberich_
                                                Bradley M. Rose
                                                Frank C. Brucculeri
                                                Daniel F. Berberich
                                                Attorneys for Plaintiff
                                                KTB OIL CORPORATION

Dated: February 25, 2014                    **COGSWELL, NAKAZAWA & CHANG**

                                            By: _/s/ Alan Nakazawa_
                                                Alan Nakazawa
                                                Attorneys for Defendant
                                                ST PAUL MARITIME CORP

**ORDER**

IT IS SO ORDERED.

Dated:  February 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT