Kaye, Rose & Partners LLP

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA

10   KTB Oil Corporation,              Case No.:  CV12-01834-MCE-AC

11              Plaintiff,             **IN ADMIRALTY**

12        v.                          **ORDER GRANTING STIPULATION
                                      TO DISMISS CASE**
13   M/V CIELO DI TOKYO; SK
     SHIPPING CO., LTD.; and ST
14   PAUL MARITIME CORP,

15              Defendants.

16

17

18        Having considered the parties' Stipulation to Dismiss filed herein, and

19   good cause appearing therefore, it is hereby ORDERED that plaintiff's

20   Complaint is dismissed, **with prejudice**, in its entirety, each party to bear its own

21   fees and costs.  The Clerk of the Court is directed to close this case.

22        **IT IS SO ORDERED.**

23   **Dated:  February 12, 2015**

24

25   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
26   UNITED STATES DISTRICT COURT

27

28

1